# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2019

## NO. 03-19-00455-CV

**Matthew Reece, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on June 12, 2019. Having reviewed the record, the Court holds that Matthew Reece has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.